| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **TURNKEY KIOSKS LLC** <br> Name | EIN: | 45–1825626 |
| United States Bankruptcy Court | District of Arizona | Date case filed for chapter: | 7  6/27/22 |
| Case number: | 2:22–bk–04155–PS | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | TURNKEY KIOSKS LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11022 W. PINE HOLLOW DRIVE <br> SUN CITY, AZ 85351 | |
| 4. | **Debtor's attorney** <br> Name and address | RANDY NUSSBAUM <br> SACKS TIERNEY P.A. <br> 4250 N. DRINKWATER BLVD., FOURTH FLOOR <br> SCOTTSDALE, AZ 85251 | Contact phone 480–425–2600 <br> Email: <br> randy.nussbaum@sackstierney.com |
| 5. | **Bankruptcy trustee** <br> Name and address | MAUREEN GAUGHAN <br> PO BOX 6729 <br> CHANDLER, AZ 85246–6729 | Contact phone 480–899–2036 <br> Email:  maureen@mgaughan.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona** <br> **230 North First Avenue, Suite 101** <br> **Phoenix, AZ 85003–1727** | Office Hours: <br> 8:30 am – 4:00 pm Monday–Friday <br><br> Contact Phone: (602) 682–4000 <br> Date: 6/28/22 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 1, 2022 at 09:00 AM** <br><br> **BY TELEPHONE** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: MAUREEN GAUGHAN <br> Call in number: 866–718–6233 <br> Passcode: 5298248 |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1