# Notice Recipients

District/Off: 0970–2  User: admin  Date Created: 6/28/2022
Case: 2:22–bk–04155–PS  Form ID: 309C  Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | TURNKEY KIOSKS LLC | 11022 W. PINE HOLLOW DRIVE | SUN CITY, AZ 85351 | |
| tr | MAUREEN GAUGHAN | PO BOX 6729 | CHANDLER, AZ 85246–6729 | |
| aty | RANDY NUSSBAUM | SACKS TIERNEY P.A. | 4250 N. DRINKWATER BLVD., FOURTH FLOOR | SCOTTSDALE, AZ 85251 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007–2650 |
| 16740681 | Arizona Department of Revenue | Bankruptcy & Litigation | 1600 West Monroe | Phoenix AZ 85007 |
| 16740680 | Arizona Department of Revenue | PO Box 29085 | Phoenix AZ 85038 | |
| 16740682 | Cox Business | Dept #102285 | P.O. Box 1259 | Oaks PA 19456 |
| 16740683 | Cox Business | c/o Strategic Resource Alternatives | 112 W. Park Drive, Ste 200 | Mount Laurel NJ 08054 |
| 16740685 | G&I IX Windsor Larkspur LLC | 201 California Street, Suite 470 | San Francisco CA 94111 | |
| 16740684 | G&I IX Windsor Larkspur LLC | 220 E. 42nd St., 27th Floor | New York NY 10017 | |
| 16740688 | G&I IX Windsor Larkspur LLC | 220 E. 42nd Street, 27th Floor | New York NY 10017 | |
| 16740687 | G&I IX Windsor Larkspur LLC | c/o Cushman & Wakefield | 2555 E. Camelback Road, Ste 400 | Phoenix AZ 85016 |
| 16740686 | G&I IX Windsor Larkspur LLC | c/o Nancy Swift/Buchalter | 16435 N. Scottsdale Road, Ste 440 | Scottsdale AZ 85254 |
| 16740689 | Heritage Crystal Clean LLC | 2175 Point Blvd, Ste 375 | Elgin IL 60123 | |
| 16740679 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 7346 | Philadelphia PA 19101–7346 |
| 16740690 | Interstate Steel and Salvage | 12129 W. Peoria Avenue | El Mirage AZ 85335 | |
| 16740692 | MidFirst Bank | Business Express | 1101 N. Rockwell Avenue | Oklahoma City OK 73162 |
| 16740691 | MidFirst Bank | P.O. Box 76149 | Oklahoma City OK 73147 | |
| 16740693 | PRI Graphics & Signs Inc | 2002 Watkins St | Phoenix AZ 85034 | |
| 16740694 | Republic Services Inc. | 18500 N. Allied Way #100 | Phoenix AZ 85054 | |
| 16740695 | STP Performance Coating | 1131 W. Watkins St | Phoenix AZ 85007 | |
| 16740697 | U.S. Small Business Administration | 1545 Hawkins Blvd, Ste 202 | El Paso TX 79925 | |
| 16740696 | U.S. Small Business Administration | Office of Disaster Relief | 14925 Kingsport Road | Fort Worth TX 76155 |
| 16740698 | UPS | c/o EGS Financial Care Inc | 2085 Lynnhaven Pkwy | Virginia Beach VA 23456 |
| 16740699 | UPS Freight | 1000 Semmes Avenue | Richmond VA 23218 | |
| 16740700 | UPS Freight | TForce | P.O. Box 1216 | Richmond VA 23218 |
| 16740701 | UPS Supply Chain Solutions | 28013 Network Place | Chicago IL 60673 | |
| 16740702 | US Bank Equipment Finance | 1310 Madrid Street | Marshall MN 56258 | |
| 16740703 | US Small Business Administration | 4041 N. Central Avenue, Suite 1000 | Phoenix AZ 85012 | |

TOTAL: 29