In re:      Case No. 22-04155-PS

TURNKEY KIOSKS LLC      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: Jun 28, 2022     Form ID: 309C     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TURNKEY KIOSKS LLC, 11022 W. PINE HOLLOW DRIVE, SUN CITY, AZ 85351-1030 |
| 16740683 | + | Cox Business, c/o Strategic Resource Alternatives, 112 W. Park Drive, Ste 200, Mount Laurel NJ 08054-1261 |
| 16740687 | + | G&I IX Windsor Larkspur LLC, c/o Cushman & Wakefield, 2555 E. Camelback Road, Ste 400, Phoenix AZ 85016-4258 |
| 16740684 | + | G&I IX Windsor Larkspur LLC, 220 E. 42nd St., 27th Floor, New York NY 10017-5819 |
| 16740685 | + | G&I IX Windsor Larkspur LLC, 201 California Street, Suite 470, San Francisco CA 94111-5032 |
| 16740686 | + | G&I IX Windsor Larkspur LLC, c/o Nancy Swift/Buchalter, 16435 N. Scottsdale Road, Ste 440, Scottsdale AZ 85254-1754 |
| 16740689 | + | Heritage Crystal Clean LLC, 2175 Point Blvd, Ste 375, Elgin IL 60123-9211 |
| 16740690 | + | Interstate Steel and Salvage, 12129 W. Peoria Avenue, El Mirage AZ 85335-3701 |
| 16740692 | + | MidFirst Bank, Business Express, 1101 N. Rockwell Avenue, Oklahoma City OK 73127 |
| 16740691 | + | MidFirst Bank, P.O. Box 76149, Oklahoma City OK 73147-2149 |
| 16740693 | + | PRI Graphics & Signs Inc, 2002 Watkins St, Phoenix AZ 85034-5802 |
| 16740694 | + | Republic Services Inc., 18500 N. Allied Way #100, Phoenix AZ 85054-3101 |
| 16740695 | + | STP Performance Coating, 1131 W. Watkins St, Phoenix AZ 85007-4309 |
| 16740697 | + | U.S. Small Business Administration, 1545 Hawkins Blvd, Ste 202, El Paso TX 79925-2654 |
| 16740698 | + | UPS, c/o EGS Financial Care Inc, 2085 Lynnhaven Pkwy, Virginia Beach VA 23456-1497 |
| 16740699 | + | UPS Freight, 1000 Semmes Avenue, Richmond VA 23224-2246 |
| 16740700 | + | UPS Freight, TForce, P.O. Box 1216, Richmond VA 23218-1216 |
| 16740701 | + | UPS Supply Chain Solutions, 28013 Network Place, Chicago IL 60673-1280 |
| 16740702 | + | US Bank Equipment Finance, 1310 Madrid Street, Marshall MN 56258-4099 |
| 16740703 | + | US Small Business Administration, 4041 N. Central Avenue, Suite 1000, Phoenix AZ 85012-3310 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: randy.nussbaum@sackstierney.com | Jun 28 2022 22:47:00 | RANDY NUSSBAUM, SACKS TIERNEY P.A., 4250 N. DRINKWATER BLVD., FOURTH FLOOR, SCOTTSDALE, AZ 85251 |
| tr | | EDI: QMGAUGHAN.COM | Jun 29 2022 02:38:00 | MAUREEN GAUGHAN, PO BOX 6729, CHANDLER, AZ 85246-6729 |
| smg | | EDI: AZDEPREV.COM | Jun 29 2022 02:38:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16740680 | + | EDI: AZDEPREV.COM | Jun 29 2022 02:38:00 | Arizona Department of Revenue, PO Box 29085, Phoenix AZ 85038-9085 |
| 16740681 | + | EDI: AZDEPREV.COM | Jun 29 2022 02:38:00 | Arizona Department of Revenue, Bankruptcy & Litigation, 1600 West Monroe, Phoenix AZ 85007-2612 |
| 16740682 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Jun 28 2022 22:48:45 | Cox Business, Dept #102285, P.O. Box 1259, Oaks PA 19456-1259 |
| 16740679 | | EDI: IRS.COM | Jun 29 2022 02:38:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 16740696 | + | Email/Text: PDELINQ@sba.gov | | |

| | Jun 28 2022 22:48:00 | U.S. Small Business Administration, Office of Disaster Relief, 14925 Kingsport Road, Fort Worth TX 76155-2243 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16740688 | *+ | G&I IX Windsor Larkspur LLC, 220 E. 42nd Street, 27th Floor, New York NY 10017-5819 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MAUREEN GAUGHAN | maureen@mgaughan.com  mgaughan@ecf.axosfs.com |
| RANDY NUSSBAUM | on behalf of Debtor TURNKEY KIOSKS LLC randy.nussbaum@sackstierney.com Sandra.dousdebes@sackstierney.com,cathie.bernales@sackstierney.com,diane.morey@sackstierney.com,sackstierney@myecfx.com,deanne.gibeault@sackstierney.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | TURNKEY KIOSKS LLC<br>Name | EIN: | 45–1825626 |
| United States Bankruptcy Court   District of Arizona | | Date case filed for chapter: | 7    6/27/22 |
| Case number:    2:22-bk-04155-PS | | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | TURNKEY KIOSKS LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 11022 W. PINE HOLLOW DRIVE<br>SUN CITY, AZ 85351 | |
| 4. **Debtor's attorney**<br>Name and address | RANDY NUSSBAUM<br>SACKS TIERNEY P.A.<br>4250 N. DRINKWATER BLVD., FOURTH FLOOR<br>SCOTTSDALE, AZ 85251 | Contact phone 480–425–2600<br>Email: randy.nussbaum@sackstierney.com |
| 5. **Bankruptcy trustee**<br>Name and address | MAUREEN GAUGHAN<br>PO BOX 6729<br>CHANDLER, AZ 85246–6729 | Contact phone 480–899–2036<br>Email: maureen@mgaughan.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 6/28/22 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | August 1, 2022 at 09:00 AM<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: MAUREEN GAUGHAN<br>Call in number: 866–718–6233<br>Passcode: 5298248 |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1